# In the United States Court of Federal Claims

No. 20-417T

Filed: June 29, 2021

**KERRY J. MILLS,**

    *Plaintiff*,

v.

**UNITED STATES,**

    *Defendant*.

## ORDER OF DISMISSAL

For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the Court lacks jurisdiction over this matter. Accordingly, the defendant's motion to dismiss (ECF 24) is **GRANTED**, and the complaint is **DISMISSED** pursuant to Rule 12(b)(1) and Rule 12(h)(3) of the Rules of the Court of Federal Claims.

The Clerk is **DIRECTED** to enter judgment accordingly. No costs are awarded.

The parties shall submit any proposed redactions to the opinion by **July 13, 2021**. If no redactions are proposed, the Court will release the opinion publicly without change.

It is so **ORDERED**.

                                                          s/Richard A. Hertling
                                                          **Richard A. Hertling**
                                                          **Judge**